UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE 37' 2000 INTREPID
POWERBOAT
_____

DONALD J. RUTH, et al.,

      CASE NO. 8:15-cv-2895-T-23TBM

    Plaintiffs.
_____/

## **ORDER**

An August 23, 2016 report (Doc. 30) recommends granting the plaintiffs' motion (Doc. 28) for default judgment against all potential claimants that failed to file a claim in this action. More than fourteen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 30) is **ADOPTED**. The clerk is directed (1) to enter a default judgment against all potential claimants that failed to file a claim and (2) to close the case.

ORDERED in Tampa, Florida, on September 7, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE